**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge Luis Aguilar CAMPAS, a.k.a. Pariente, Defendant–Appellant.**

No. 15–10321

United States Court of Appeals, Ninth Circuit.

Submitted June 22, 2016 *

FILED June 29, 2016

Karla Delord, Assistant U.S. Attorney, Karen S. McDonald, Assistant U.S. Attorney, Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee

Jorge Luis Aguilar Campas, Great Plains Correctional Facility, Hinton, OK, for Defendant–Appellant

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Jorge Luis Aguilar Campas appeals from the district court's judgment and challenges his guilty-plea conviction and 120–month sentence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Campas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Campas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Campas has waived the right to appeal. Because the record discloses no arguable issue as to the validity of that waiver, we dismiss Campas's appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.